**Order entered December 13, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00823-CR**
**No. 05-16-00824-CR**

**CORIN ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-75527-H & F16-00440-H**

## ORDER NUNC PRO TUNC

Before the Court is court reporter Crystal R. Jones's November 10, 2016, motion for extension of time to file the reporter's record. We **GRANT** the motion. We **ORDER** Ms. Jones to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/  ADA BROWN
    JUSTICE